IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WENDY MELVIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARY SITUATED,<br>　　　　Plaintiff,<br>v.<br><br>PEOPLE, SALES, AND PROFIT COMPANY, INC., d/b/a/ STEAK 'N SHAKE,<br>　　　　Defendant | CIVIL ACTION NO. 2:14-CV-00012 |

## JOINT MOTION TO APPROVE SECOND REVISED SETTLEMENT AGREEMENT

COME NOW Wendy Melvin, Plaintiff, and People, Sales, and Profit Company, Inc., Defendant, through undersigned counsel and move the Court to approve the attached second revised Settlement Agreement and Release. Counsel for the parties have revised the Settlement Agreement and Release in accordance with the Court's Order of 23 February 2015 and have stipulated all claims in the action be dismissed with prejudice.

Counsel for Plaintiff shows that she has waived her attorney's fee and will tax no further costs to Plaintiff.

WHEREFORE, Plaintiff and Defendant hereby move the Court to approve the attached Settlement Agreement and Release and, accordingly, to dismiss this action with prejudice.

This the 3rd day of March, 2015.

By /s/ John P. Cole, with express permission,

for /s/ Rita C. Spalding
RITA C. SPALDING
Georgia Bar No. 108640
Attorney for Plaintiff

1522 Richmond Street
Brunswick, GA 31520
912-261-8686
912-261-8689 facsimile
rspaldinglaw@bellsouth.net


/s/ John P. Cole
JOHN P. COLE
Ga. Bar No. 177184
Attorney for Defendant

The Law Office of John P. Cole, LLC
401 Cherry Street, Suite 610
P.O. Box 1801
Macon, Georgia 31202
478-238-4716, fax 478-746-0010
johnpcole01@bellsouth.net

(Joint motion prepared by John P. Cole, attorney for Defendant)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served upon Plaintiff's counsel the foregoing Motion To Approve Second Revised Settlement Agreement via the Court's CM/ECF system, providing notice thereof to

      Ms. Rita C. Spalding
      Attorney for Plaintiff

This the 3rd day of March, 2015.

      /s/ John P. Cole
      JOHN P. COLE
      Ga. Bar No. 177184
      Attorney for Defendant

The Law Office of John P. Cole, LLC
401 Cherry Street, Suite 610
P.O. Box 1801
Macon, Georgia 31202
478-238-4716, fax 478-746-0010
johnpcole01@bellsouth.net