```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                      BRUNSWICK DIVISION
```

| | | |
|---|---|---|
| WENDY MELVIN, individually and on behalf of others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 214-012 |
| PEOPLE SALES & PROFIT COMPANY, INC. d/b/a Steak N' Shake, | * * * * | |
| Defendant. | * | |

## O R D E R

Presently pending before the Court is the parties' Joint Motion to Approve Second Revised Settlement Agreement. (Doc. 28.) For the reasons stated herein, the Court **GRANTS** the parties' motion.

The Court thoroughly outlined the legal standards applicable to FLSA settlements in its previous Order and thus will not repeat them here. (See Doc. 25 at 1-2.) In this case, Plaintiff filed suit and is represented by counsel, which provides some indication that a true conflict exists between Plaintiff and her employer. After a thorough review of the parties' settlement agreement, along with an examination of the allegations contained in Plaintiff's Complaint and Amended Complaint, it appears that (1) the parties are in fact engaged in a bona fide dispute as to FLSA coverage and the amount of overtime hours claimed and (2) the settlement is fair and reasonable. Additionally, the documents

submitted indicate that Plaintiff's counsel waived her attorney's fee and will not seek to tax any further costs upon Plaintiff. See Silva v. Miller, 307 F. App'x 349, 351 (11th Cir. 2009); Martin v. Huddle House, Inc., No. 2:10-CV-082, 2011 WL 611625, at *1-2 (N.D. Ga. Feb. 11, 2005). Furthermore, the release provision of the settlement covers only actions related to or arising under the FLSA and therefore is neither pervasive nor unfair. See Webb v. CVS Caremark Corp., No. 5:11-CV-106-CAR, 2011 WL 6743284, at *3 (M.D. Ga. Dec. 23, 2011).

Based on the foregoing, the Court **GRANTS** the parties' Joint Motion to Approve Second Revised Settlement Agreement. (Doc. 28.) The Agreement, therefore, is **APPROVED**. (Doc. 28-1.) Pursuant to the Agreement's terms, Plaintiff Wendy Melvin **SHALL FILE** a stipulation of dismissal within **FIVE DAYS** of the Agreement's effective date. (Id. ¶ 9.)

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA