IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| WENDY MELVIN, individually and on behalf of others similarly situated, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 214-012 |
| PEOPLE SALES & PROFIT COMPANY, INC. d/b/a Steak N' Shake, | * * * * | |
| Defendant. | * | |

## O R D E R

Presently before the Court is Plaintiff Wendy Melvin's Stipulation of Dismissal. (Doc. 30.) As the parties have reached settlement in this matter (see Doc. 29), they also have agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA